In the Matter of the Arbitration between AMTORG TRADING CORPORATION, Respondent, and CAMDEN FIBRE MILLS, INC., Appellant.

Submitted November 19, 1951; decided December 6, 1951.

*Charles Recht* and *Osmond K. Fraenkel* for motion.

*Alexis C. Coudert* and *A. Michael Frothingham* opposed.

Motion denied, with $10 costs.